UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT A. STANARD,<br><br>Petitioner,<br><br>v.<br><br>DEWAYNE HENDRIX, Warden, Federal Corrections Institution at Sheridan,<br><br>Respondent. | Case No. C21-959RSM<br><br>ORDER DENYING MOTION FOR DEFAULT JUDGMENT |

This matter comes before the Court on Petitioner Stanard's Motion for a Default Judgment, Dkt. #8. Mr. Stanard argues that Respondent has failed to file a response to his § 2255 Motion within 45 days as ordered by the Court. *See* Dkt. #8; Dkt. #4 ("Order Directing Answer", dated July 21, 2021).

The Court will deny this relief because Respondent did file a timely Response. *See* Dkt. #6, filed September 7, 2021. This Response was filed on the first business day after the 45-day deadline and is considered timely by the Court. *See* LCR 6(a). The Court acknowledges that there may have been a delay in Mr. Stanard receiving a copy of the Response due to his incarceration. In any event, Mr. Stanard has now filed a Reply brief in support of his § 2255 Motion. *See* Dkt. #9.

ORDER DENYING MOTION FOR DEFAULT JUDGMENT - 1

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that Petitioner Stanard's Motion for a Default Judgment, Dkt. #8, is DENIED.

DATED this 30th day of September, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE