1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT A. STANARD, | Case No. C21-959RSM |
| Petitioner, | ORDER STAYING CASE |
| v. | |
| DEWAYNE HENDRIX, Warden, Federal Corrections Institution at Sheridan, | |
| Respondent. | |

This matter comes before the Court on Robert A. Stanard's §2255 petition, Dkt. #1.

Mr. Stanard challenges his convictions in *United States v. Robert Stanard*, Case No. CR16-

320RSM, on the ground that his original Washington State felony, which he argues was a

predicate for the convictions, has been vacated.

The Government offers substantive arguments in opposition to granting the requested

relief, but also states in its Response:

> On July 2021, after filing his motion under 28 U.S.C. § 2255,
> Stanard filed a petition in the Supreme Court for a writ of
> *certiorari*. Although Stanard certainly is entitled to seek such
> review, Stanard is not entitled to challenge his conviction in both
> the Supreme Court and this Court at the same time. As the Ninth
> Circuit has held, "[a] district court should not entertain a habeas
> corpus petition while there is an appeal pending in [the Ninth

ORDER STAYING CASE - 1

Circuit] or in the Supreme Court." *Feldman v. Henman*, 815 F.2d 1318, 1320 (9th Cir. 1987).

Dkt. #6 at 6.

Mr. Stanard has filed a Reply brief in support of his petition but does not address the issue of the requested stay. *See* Dkt. #9.

The Court agrees with the Government's analysis and will stay this case pending resolution of Mr. Stanard's pending petition for a writ of *certiorari*.

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that all proceedings in this case are STAYED. The Court directs the parties to notify the Court as soon as the U.S. Supreme Court has resolved Mr. Stanard's case so that the Court can rule on this petition. The Court will advise the parties if additional briefing is necessary.

DATED this 4th day of October, 2021.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER STAYING CASE - 2