UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT A. STANARD, | Case No. C21-959RSM |
| Petitioner, | MINUTE ORDER |
| v. | |
| DEWAYNE HENDRIX, Warden, Federal Corrections Institution at Sheridan, | |
| Respondent. | |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge: This § 2255 Petition was filed by Mr. Stanard on July 16, 2021, challenging his convictions in *United States v. Robert Stanard*, Case No. CR16-320RSM. Dkt. #1. On October 4, 2021, the Court stayed the instant case pending the resolution of Mr. Stanard's petition to the U.S. Supreme Court for a writ of *certiorari*. Dkt. #11. Ten days later, on October 14, 2021, Mr. Stanard filed a "Motion to Correct the Court and Government as to What Petitioner is Actually Challenging." Dkt. #12. This Motion does not address the Court's Order staying the case. Instead, it appears to be a second reply addressing the Government's Response to the petition, dated September 7, 2021. *See id.* at 1. Mr. Stanard has already filed a reply opposing the Government's Response. *See* Dkt. #9. Mr. Standard

MINUTE ORDER - 1

does not clearly move for any relief, other than the relief requested in his petition, nor does he include a proposed order.

The Court therefore interprets this filing as a surreply and not a Motion. Mr. Standard is essentially hoping to supplement his Reply. Such a filing is not permitted by this Court's Local Rules. *See* LCR 7(g). The Court will nevertheless consider this supplemental briefing once this case is no longer stayed. In the meantime, the Court directs the Clerk to TERMINATE this Motion and remove it from the Court's Motion Calendar. If the Court needs further briefing on the petition it will so inform the parties.

DATED this 15th day of October, 2021.

RAVI SUBRAMANIAN, Clerk

By:   /s/ Serge Bodnarchuk
      Deputy Clerk

MINUTE ORDER - 2